**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Hot Springs DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUN 26 2014
CHRIS R. JOHNSON, Clerk
By_____
Deputy Clerk

Jimmie Mangum
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. _____

V.                                       CASE NO. 14-6080

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 28 2014
CHRIS R. JOHNSON, Clerk
By_____
Deputy Clerk

RECEIVED
WD/AR
JUN 23 2014
U.S. CLERKS OFFICE

PLD TRANSPORT INC (501)547-5195
1018 Airport Road, Suite 110,
Hot Springs, AR 71903

(Enter above the <u>full</u> name of the defendant, or defendants, in this action.)

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____        No __X__

   B.   If your answer to A is yes, describe each lawsuit in the space below including the <u>exact plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this lawsuit

             Plaintiffs: Jimmie Mangum

I WAS IN ST LOUIS MO When the pain started, I was in the Warehouse on the Dock,

             Defendants: PLD TRANSPORT INC

moving some pallet, I reported the same night when I happen To my Packets
I call Lee Lucy, I went to the St Dominic Hospital 969 Lakeland Dr
Jackson Ms. My Devora Mangum call me that same night it happen, (314) 443-9377
I had surgry for Hernia 2 of them In May of last years.

(Revised 12/2011)

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of plaintiff: Jimmie Mangum

Address: 610 Rich Dr

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B. Defendant: Jimmie Mangum

Position: Truck Driver

Place of Employment: Leach Brother Trucking

Address: Forest Ms

Defendant: Jimmie Mangum

Position: Truck Driver

Place of Employment: Southern MS Transport

Address: _____

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Defendant: _____

Position: _____

-3-

N|A

2. Court (if federal court, name the district; if state, name the county):

   NO

3. Docket number: NO

4. Name of judge to whom case was assigned: NO

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NO

6. Approximate date of filing lawsuit: NO

7. Approximate date of disposition: NO

II. Place of Present Confinement: NO

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes _____    No ✓

   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

   C. If your answer is NO, explain why not: I AM NOT A PRISONERS.


Place of Employment: PLD TRANSPORT INC

Address: 1018 Airport Road, Suite 110 Hot Springs, AR, 71903

Defendant: PLD TRANSPORT INC

Position: Trucking Driver

Place of Employment: ARKANSAS

Address: 1018 Airport Road, Suite 110, Hot Springs, AR 71903

**V.** Are you suing the defendants in: (check the appropriate blank)

___ official capacity only
___ personal capacity only
_X_ both official and personal capacity

**VI.** At the time of the alleged incident(s), were you: (check the appropriate blank)    N/A

_NO_ in jail and still awaiting trial on pending criminal charges
_NO_ serving a sentence as a result of a judgment of conviction
_NO_ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: I WAS WORKING for PLD TRANSPORT INC when I got hurt

Please provide the date of your conviction or probation or parole revocation:

NONE

**VII.** Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I WAS IN ST. LOUIS MO When the pain started, I WAS IN

-4-

The Warehouse On the Dock moving some pallet, I reported the same night when it happen To my dispackutts Lee Lucy, I came home an went to the St Dominic Hospital 969 Lakeland Dr, Jackson Ms, Ms Devora Mangum call me that same night it happen her cell (314) 443-9377 I had a Hernia Operation that next week

### VIII. Relief

If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

__X__ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

__X__ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

for my pain, loss wages, my family, who we are still suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this _____ day of July 25, 2014.

_____
**Signature of Plaintiff**