IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JIMMIE MANGUM                                                                                    PLAINTIFF

v.                              Case No. 14-6080

PLD TRUCKING COMPANY
and PLD TRANSPORT, INC.                                                                        DEFENDANTS

### ORDER

Now on this 10th day of March 2015, there comes on for consideration the report and recommendation filed on February 19, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas (doc. 14). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Proceed IFP and for service (doc. 2) is DENIED, and this case is dismissed as the Court lacks subject matter jurisdiction.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)